IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| AMALIA BENVENUTTI, On Behalf Of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GEICO GENERAL INSURANCE COMPANY d/b/a GEICO, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NO. 5:22-cv-182 (MTT)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER

Plaintiff Amalia Benvenutti—on behalf of herself and all other current and former Service Representatives at GEICO's Macon, Georgia call center—brings this action under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*, against Defendants GEICO General Insurance Company and Government Employees Insurance Company (collectively "GEICO"). Doc. 35. After the Court granted conditional certification of Benvenutti's claims as a collective action pursuant to FLSA, the plaintiffs now request the Court seal Ashley Johnson's consent to join this FLSA action because the second page of that document "contains personal information regarding Ashley Johnson that was inadvertently filed with her consent to become party plaintiff." Doc. 40 (citing Doc. 27). Plaintiffs' motion to seal (Doc. 40), construed as a motion to restrict Johnson's consent "to case participants only," is **GRANTED**.

Accordingly, the Clerk of Court is **DIRECTED** to make Johnson's consent (Doc. 27) "restricted to case participants only."

    **SO ORDERED**, this 31st day of May, 2023.

                                                 <u>S/ Marc T. Treadwell</u>
                                                 MARC T. TREADWELL, CHIEF JUDGE
                                                 UNITED STATES DISTRICT COURT