**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **AMALIA BENVENUTTI, On Behalf of Herself and All Others Similarly Situated,** ) ) ) ) | |
| *Plaintiff*, ) ) | **CASE NO. 5:22-cv-00182-MTT** |
| ) | **COLLECTIVE ACTION** |
| **v.** ) ) | **CHIEF JUDGE TREADWELL** |
| **Government Employees Insurance Company d/b/a GEICO and GEICO General Insurance Company d/b/a GEICO,** ) ) ) ) | **JURY TRIAL DEMANDED** |
| *Defendants*. ) ) | |

<u>**CONSENT TO BECOME PARTY PLAINTIFF**</u>

I hereby consent, under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), to become a party plaintiff in the above-captioned FLSA lawsuit.  I designate the Named Plaintiff listed in the caption above to act as my representative and to make decisions concerning the litigation, the method and manner of conducting this litigation, and entering agreement(s) with Plaintiffs' counsel concerning attorneys' fees, costs, and all other matters pertaining to this lawsuit. I understand that I will be bound by the judgment of the Court as to all issues in this lawsuit, including the fairness of any settlement.

**I declare the foregoing is true and correct and certify that this is my signature below.**

Date: 06/15/2023

SIGNATURE

Tamberia Tekeea Brezial

NAME (Please Print Clearly)

## PLAINTIFF MUST COMPLETE CONTACT INFORMATION ON REVERSE SIDE

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

|  |  |  |
|---|---|---|
| **AMALIA BENVENUTTI, On Behalf of Herself and All Others Similarly Situated,** | ) ) ) | **CASE NO. 5:22-cv-00182-MTT** |
| *Plaintiff,* | ) ) | **COLLECTIVE ACTION** |
| **v.** | ) ) | **CHIEF JUDGE TREADWELL** |
| **Government Employees Insurance Company d/b/a GEICO and GEICO General Insurance Company d/b/a GEICO,** | ) ) ) ) | **JURY TRIAL DEMANDED** |
| *Defendants.* | ) ) |  |

## CONSENT TO BECOME PARTY PLAINTIFF

I hereby consent, under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), to become a party plaintiff in the above-captioned FLSA lawsuit. I designate the Named Plaintiff listed in the caption above to act as my representative and to make decisions concerning the litigation, the method and manner of conducting this litigation, and entering agreement(s) with Plaintiffs' counsel concerning attorneys' fees, costs, and all other matters pertaining to this lawsuit. I understand that I will be bound by the judgment of the Court as to all issues in this lawsuit, including the fairness of any settlement.

**I declare the foregoing is true and correct and certify that this is my signature below.**

Date: 06/14/2023

_____
SIGNATURE

Sharron Carpenter
_____
NAME (Please Print Clearly)

## PLAINTIFF MUST COMPLETE CONTACT INFORMATION ON REVERSE SIDE

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

|  |  |  |
|---|---|---|
| **AMALIA BENVENUTTI, On Behalf of Herself and All Others Similarly Situated,** | ) ) ) ) | **CASE NO. 5:22-cv-00182-MTT** |
| *Plaintiff,* | ) ) | **COLLECTIVE ACTION** |
| v. | ) ) | **CHIEF JUDGE TREADWELL** |
| **Government Employees Insurance Company d/b/a GEICO and GEICO General Insurance Company d/b/a GEICO,** | ) ) ) ) ) | **JURY TRIAL DEMANDED** |
| *Defendants.* | ) |  |

<u>**CONSENT TO BECOME PARTY PLAINTIFF**</u>

I hereby consent, under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), to become a party plaintiff in the above-captioned FLSA lawsuit.  I designate the Named Plaintiff listed in the caption above to act as my representative and to make decisions concerning the litigation, the method and manner of conducting this litigation, and entering agreement(s) with Plaintiffs' counsel concerning attorneys' fees, costs, and all other matters pertaining to this lawsuit. I understand that I will be bound by the judgment of the Court as to all issues in this lawsuit, including the fairness of any settlement.

**I declare the foregoing is true and correct and certify that this is my signature below.**

Date: 06/14/2023 _____

_____
SIGNATURE

Stacey Day
_____
NAME (Please Print Clearly)

# PLAINTIFF MUST COMPLETE CONTACT INFORMATION ON REVERSE SIDE

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **AMALIA BENVENUTTI, On Behalf of Herself and All Others Similarly Situated,** | ) ) ) | **CASE NO. 5:22-cv-00182-MTT** |
| *Plaintiff,* | ) ) | **COLLECTIVE ACTION** |
| v. | ) ) | **CHIEF JUDGE TREADWELL** |
| **Government Employees Insurance Company d/b/a GEICO and GEICO General Insurance Company d/b/a GEICO,** | ) ) ) ) | **JURY TRIAL DEMANDED** |
| *Defendants.* | ) | |

## <u>CONSENT TO BECOME PARTY PLAINTIFF</u>

I hereby consent, under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), to become a party plaintiff in the above-captioned FLSA lawsuit.  I designate the Named Plaintiff listed in the caption above to act as my representative and to make decisions concerning the litigation, the method and manner of conducting this litigation, and entering agreement(s) with Plaintiffs' counsel concerning attorneys' fees, costs, and all other matters pertaining to this lawsuit. I understand that I will be bound by the judgment of the Court as to all issues in this lawsuit, including the fairness of any settlement.

**I declare the foregoing is true and correct and certify that this is my signature below.**

Date: 06/14/2023

*Ayla Elder*
SIGNATURE

Ayla Elder
NAME (Please Print Clearly)

# PLAINTIFF MUST COMPLETE CONTACT INFORMATION ON REVERSE SIDE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **AMALIA BENVENUTTI, On Behalf of Herself and All Others Similarly Situated,** ) ) ) | **CASE NO. 5:22-cv-00182-MTT** |
| *Plaintiff*, ) ) | **COLLECTIVE ACTION** |
| v. ) ) | **CHIEF JUDGE TREADWELL** |
| **Government Employees Insurance Company d/b/a GEICO and GEICO General Insurance Company d/b/a GEICO,** ) ) ) ) | **JURY TRIAL DEMANDED** |
| *Defendants*. ) | |

## CONSENT TO BECOME PARTY PLAINTIFF

I hereby consent, under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), to become a party plaintiff in the above-captioned FLSA lawsuit. I designate the Named Plaintiff listed in the caption above to act as my representative and to make decisions concerning the litigation, the method and manner of conducting this litigation, and entering agreement(s) with Plaintiffs' counsel concerning attorneys' fees, costs, and all other matters pertaining to this lawsuit. I understand that I will be bound by the judgment of the Court as to all issues in this lawsuit, including the fairness of any settlement.

**I declare the foregoing is true and correct and certify that this is my signature below.**

Date: 06/14/2023

_____
SIGNATURE

Tanyeka Graham-Bell
_____
NAME (Please Print Clearly)

## PLAINTIFF MUST COMPLETE CONTACT INFORMATION ON REVERSE SIDE

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### MACON DIVISION

|  |  |  |
|---|---|---|
| **AMALIA BENVENUTTI, On Behalf of Herself and All Others Similarly Situated,** | ) ) ) | **CASE NO. 5:22-cv-00182-MTT** |
| *Plaintiff,* | ) ) | **COLLECTIVE ACTION** |
| v. | ) ) | **CHIEF JUDGE TREADWELL** |
| **Government Employees Insurance Company d/b/a GEICO and GEICO General Insurance Company d/b/a GEICO,** | ) ) ) ) | **JURY TRIAL DEMANDED** |
| *Defendants.* | ) | |

## CONSENT TO BECOME PARTY PLAINTIFF

I hereby consent, under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), to become a party plaintiff in the above-captioned FLSA lawsuit.  I designate the Named Plaintiff listed in the caption above to act as my representative and to make decisions concerning the litigation, the method and manner of conducting this litigation, and entering agreement(s) with Plaintiffs' counsel concerning attorneys' fees, costs, and all other matters pertaining to this lawsuit. I understand that I will be bound by the judgment of the Court as to all issues in this lawsuit, including the fairness of any settlement.

**I declare the foregoing is true and correct and certify that this is my signature below.**

Date:　06/14/2023

_____
SIGNATURE

Manika l hall
_____
NAME (Please Print Clearly)

## PLAINTIFF MUST COMPLETE CONTACT INFORMATION ON REVERSE SIDE

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

|  |  |  |
|---|---|---|
| **AMALIA BENVENUTTI, On Behalf of Herself and All Others Similarly Situated,** | ) ) ) | **CASE NO. 5:22-cv-00182-MTT** |
| *Plaintiff,* | ) ) | **COLLECTIVE ACTION** |
| v. | ) ) | **CHIEF JUDGE TREADWELL** |
| **Government Employees Insurance Company d/b/a GEICO and GEICO General Insurance Company d/b/a GEICO,** | ) ) ) ) | **JURY TRIAL DEMANDED** |
| *Defendants.* | ) | |

## CONSENT TO BECOME PARTY PLAINTIFF

I hereby consent, under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), to become a party plaintiff in the above-captioned FLSA lawsuit.  I designate the Named Plaintiff listed in the caption above to act as my representative and to make decisions concerning the litigation, the method and manner of conducting this litigation, and entering agreement(s) with Plaintiffs' counsel concerning attorneys' fees, costs, and all other matters pertaining to this lawsuit. I understand that I will be bound by the judgment of the Court as to all issues in this lawsuit, including the fairness of any settlement.

**I declare the foregoing is true and correct and certify that this is my signature below.**

Date: 06/14/2023

SIGNATURE

Raven Jackson

NAME (Please Print Clearly)

## PLAINTIFF MUST COMPLETE CONTACT INFORMATION ON REVERSE SIDE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **AMALIA BENVENUTTI, On Behalf of Herself and All Others Similarly Situated,** )<br>)<br>) | **CASE NO. 5:22-cv-00182-MTT** |
| )<br>*Plaintiff*,     ) | **COLLECTIVE ACTION** |
| )<br>v.     ) | **CHIEF JUDGE TREADWELL** |
| )<br>**Government Employees Insurance Company d/b/a GEICO and GEICO General Insurance Company d/b/a GEICO,** )<br>)<br>)<br>) | **JURY TRIAL DEMANDED** |
| )<br>*Defendants*.     ) | |

## CONSENT TO BECOME PARTY PLAINTIFF

I hereby consent, under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), to become a party plaintiff in the above-captioned FLSA lawsuit.  I designate the Named Plaintiff listed in the caption above to act as my representative and to make decisions concerning the litigation, the method and manner of conducting this litigation, and entering agreement(s) with Plaintiffs' counsel concerning attorneys' fees, costs, and all other matters pertaining to this lawsuit. I understand that I will be bound by the judgment of the Court as to all issues in this lawsuit, including the fairness of any settlement.

**I declare the foregoing is true and correct and certify that this is my signature below.**

Date:  06/15/2023
_____

_____
SIGNATURE

ShaTracie TreVonya Johnson
_____
NAME (Please Print Clearly)

# PLAINTIFF MUST COMPLETE CONTACT INFORMATION ON REVERSE SIDE

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

|  |  |  |
|---|---|---|
| **AMALIA BENVENUTTI, On Behalf of Herself and All Others Similarly Situated,** | ) ) ) ) | **CASE NO. 5:22-cv-00182-MTT** |
| *Plaintiff,* | ) ) | **COLLECTIVE ACTION** |
| v. | ) ) | **CHIEF JUDGE TREADWELL** |
| **Government Employees Insurance Company d/b/a GEICO and GEICO General Insurance Company d/b/a GEICO,** | ) ) ) ) ) | **JURY TRIAL DEMANDED** |
| *Defendants.* | ) |  |

## CONSENT TO BECOME PARTY PLAINTIFF

I hereby consent, under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), to become a party plaintiff in the above-captioned FLSA lawsuit.  I designate the Named Plaintiff listed in the caption above to act as my representative and to make decisions concerning the litigation, the method and manner of conducting this litigation, and entering agreement(s) with Plaintiffs' counsel concerning attorneys' fees, costs, and all other matters pertaining to this lawsuit. I understand that I will be bound by the judgment of the Court as to all issues in this lawsuit, including the fairness of any settlement.

**I declare the foregoing is true and correct and certify that this is my signature below.**

Date:  06/14/2023

_____
SIGNATURE

Amanda Kitchens
_____
NAME (Please Print Clearly)

## PLAINTIFF MUST COMPLETE CONTACT INFORMATION ON REVERSE SIDE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

|  |  |  |
|---|---|---|
| **AMALIA BENVENUTTI, On Behalf of Herself and All Others Similarly Situated,** | ) ) ) | **CASE NO. 5:22-cv-00182-MTT** |
| *Plaintiff,* | ) ) | **COLLECTIVE ACTION** |
| v. | ) ) | **CHIEF JUDGE TREADWELL** |
| **Government Employees Insurance Company d/b/a GEICO and GEICO General Insurance Company d/b/a GEICO,** | ) ) ) ) | **JURY TRIAL DEMANDED** |
| *Defendants.* | ) | |

## CONSENT TO BECOME PARTY PLAINTIFF

I hereby consent, under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), to become a party plaintiff in the above-captioned FLSA lawsuit. I designate the Named Plaintiff listed in the caption above to act as my representative and to make decisions concerning the litigation, the method and manner of conducting this litigation, and entering agreement(s) with Plaintiffs' counsel concerning attorneys' fees, costs, and all other matters pertaining to this lawsuit. I understand that I will be bound by the judgment of the Court as to all issues in this lawsuit, including the fairness of any settlement.

**I declare the foregoing is true and correct and certify that this is my signature below.**

Date: 06/14/2023

*Lydia Knowles*
SIGNATURE

Lydia Knowles
NAME (Please Print Clearly)

## PLAINTIFF MUST COMPLETE CONTACT INFORMATION ON REVERSE SIDE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **AMALIA BENVENUTTI, On Behalf of Herself and All Others Similarly Situated,** ) ) ) | **CASE NO. 5:22-cv-00182-MTT** |
| *Plaintiff,* ) ) | **COLLECTIVE ACTION** |
| **v.** ) ) | **CHIEF JUDGE TREADWELL** |
| **Government Employees Insurance Company d/b/a GEICO and GEICO General Insurance Company d/b/a GEICO,** ) ) ) ) | **JURY TRIAL DEMANDED** |
| *Defendants.* ) ) | |

## CONSENT TO BECOME PARTY PLAINTIFF

I hereby consent, under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), to become a party plaintiff in the above-captioned FLSA lawsuit.  I designate the Named Plaintiff listed in the caption above to act as my representative and to make decisions concerning the litigation, the method and manner of conducting this litigation, and entering agreement(s) with Plaintiffs' counsel concerning attorneys' fees, costs, and all other matters pertaining to this lawsuit. I understand that I will be bound by the judgment of the Court as to all issues in this lawsuit, including the fairness of any settlement.

**I declare the foregoing is true and correct and certify that this is my signature below.**

Date: 06/14/2023

_____
SIGNATURE

Shira Lawrence
_____
NAME (Please Print Clearly)

## PLAINTIFF MUST COMPLETE CONTACT INFORMATION ON REVERSE SIDE

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **AMALIA BENVENUTTI, On Behalf of Herself and All Others Similarly Situated,** ) ) ) ) | **CASE NO. 5:22-cv-00182-MTT** |
| *Plaintiff,* ) ) ) | **COLLECTIVE ACTION** |
| v. ) ) | **CHIEF JUDGE TREADWELL** |
| **Government Employees Insurance Company d/b/a GEICO and GEICO General Insurance Company d/b/a GEICO,** ) ) ) ) ) | **JURY TRIAL DEMANDED** |
| *Defendants.* ) | |

## CONSENT TO BECOME PARTY PLAINTIFF

I hereby consent, under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), to become a party plaintiff in the above-captioned FLSA lawsuit.  I designate the Named Plaintiff listed in the caption above to act as my representative and to make decisions concerning the litigation, the method and manner of conducting this litigation, and entering agreement(s) with Plaintiffs' counsel concerning attorneys' fees, costs, and all other matters pertaining to this lawsuit. I understand that I will be bound by the judgment of the Court as to all issues in this lawsuit, including the fairness of any settlement.

**I declare the foregoing is true and correct and certify that this is my signature below.**

Date: 06/14/2023

SIGNATURE

Russell Long

NAME (Please Print Clearly)

## PLAINTIFF MUST COMPLETE CONTACT INFORMATION ON REVERSE SIDE

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

|  |  |  |
|---|---|---|
| **AMALIA BENVENUTTI, On Behalf of Herself and All Others Similarly Situated,** | ) ) ) ) | **CASE NO. 5:22-cv-00182-MTT** |
| *Plaintiff,* | ) ) | **COLLECTIVE ACTION** |
| v. | ) ) | **CHIEF JUDGE TREADWELL** |
| **Government Employees Insurance Company d/b/a GEICO and GEICO General Insurance Company d/b/a GEICO,** | ) ) ) ) | **JURY TRIAL DEMANDED** |
| *Defendants.* | ) | |

**CONSENT TO BECOME PARTY PLAINTIFF**

I hereby consent, under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), to become a party plaintiff in the above-captioned FLSA lawsuit. I designate the Named Plaintiff listed in the caption above to act as my representative and to make decisions concerning the litigation, the method and manner of conducting this litigation, and entering agreement(s) with Plaintiffs' counsel concerning attorneys' fees, costs, and all other matters pertaining to this lawsuit. I understand that I will be bound by the judgment of the Court as to all issues in this lawsuit, including the fairness of any settlement.

**I declare the foregoing is true and correct and certify that this is my signature below.**

Date:  06/14/2023

_____
SIGNATURE

Tori Singletary
_____
NAME (Please Print Clearly)

**PLAINTIFF MUST COMPLETE CONTACT INFORMATION ON REVERSE SIDE**

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

|  |  |  |
|---|---|---|
| **AMALIA BENVENUTTI, On Behalf of Herself and All Others Similarly Situated,** | ) ) ) | **CASE NO. 5:22-cv-00182-MTT** |
| *Plaintiff,* | ) ) | **COLLECTIVE ACTION** |
| v. | ) ) | **CHIEF JUDGE TREADWELL** |
| **Government Employees Insurance Company d/b/a GEICO and GEICO General Insurance Company d/b/a GEICO,** | ) ) ) ) | **JURY TRIAL DEMANDED** |
| *Defendants.* | ) ) | |

## CONSENT TO BECOME PARTY PLAINTIFF

I hereby consent, under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), to become a party plaintiff in the above-captioned FLSA lawsuit.  I designate the Named Plaintiff listed in the caption above to act as my representative and to make decisions concerning the litigation, the method and manner of conducting this litigation, and entering agreement(s) with Plaintiffs' counsel concerning attorneys' fees, costs, and all other matters pertaining to this lawsuit. I understand that I will be bound by the judgment of the Court as to all issues in this lawsuit, including the fairness of any settlement.

**I declare the foregoing is true and correct and certify that this is my signature below.**

Date: 06/15/2023

SIGNATURE

Robert Small

NAME (Please Print Clearly)

# PLAINTIFF MUST COMPLETE CONTACT INFORMATION ON REVERSE SIDE

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

|  |  |  |
|---|---|---|
| **AMALIA BENVENUTTI, On Behalf of Herself and All Others Similarly Situated,** | ) ) ) | **CASE NO. 5:22-cv-00182-MTT** |
| *Plaintiff,* | ) ) | **COLLECTIVE ACTION** |
| v. | ) ) | **CHIEF JUDGE TREADWELL** |
| **Government Employees Insurance Company d/b/a GEICO and GEICO General Insurance Company d/b/a GEICO,** | ) ) ) ) | **JURY TRIAL DEMANDED** |
| *Defendants.* | ) | |

## CONSENT TO BECOME PARTY PLAINTIFF

I hereby consent, under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), to become a party plaintiff in the above-captioned FLSA lawsuit.  I designate the Named Plaintiff listed in the caption above to act as my representative and to make decisions concerning the litigation, the method and manner of conducting this litigation, and entering agreement(s) with Plaintiffs' counsel concerning attorneys' fees, costs, and all other matters pertaining to this lawsuit. I understand that I will be bound by the judgment of the Court as to all issues in this lawsuit, including the fairness of any settlement.

**I declare the foregoing is true and correct and certify that this is my signature below.**

Date: 06/14/2023

SIGNATURE

Jason Smith

NAME (Please Print Clearly)

## PLAINTIFF MUST COMPLETE CONTACT INFORMATION ON REVERSE SIDE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

|  |  |  |
|---|---|---|
| **AMALIA BENVENUTTI, On Behalf of Herself and All Others Similarly Situated,** | ) ) ) ) | **CASE NO. 5:22-cv-00182-MTT** |
| *Plaintiff,* | ) ) | **COLLECTIVE ACTION** |
| **v.** | ) ) | **CHIEF JUDGE TREADWELL** |
| **Government Employees Insurance Company d/b/a GEICO and GEICO General Insurance Company d/b/a GEICO,** | ) ) ) ) ) | **JURY TRIAL DEMANDED** |
| *Defendants.* | ) |  |

**CONSENT TO BECOME PARTY PLAINTIFF**

I hereby consent, under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), to become a party plaintiff in the above-captioned FLSA lawsuit. I designate the Named Plaintiff listed in the caption above to act as my representative and to make decisions concerning the litigation, the method and manner of conducting this litigation, and entering agreement(s) with Plaintiffs' counsel concerning attorneys' fees, costs, and all other matters pertaining to this lawsuit. I understand that I will be bound by the judgment of the Court as to all issues in this lawsuit, including the fairness of any settlement.

**I declare the foregoing is true and correct and certify that this is my signature below.**

Date: 06/14/2023

*Amelec Soto*

SIGNATURE

Amelec Soto

NAME (Please Print Clearly)

# PLAINTIFF MUST COMPLETE CONTACT INFORMATION ON REVERSE SIDE

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

|  |  |  |
|---|---|---|
| **AMALIA BENVENUTTI, On Behalf of Herself and All Others Similarly Situated,** | ) ) ) | **CASE NO. 5:22-cv-00182-MTT** |
| *Plaintiff,* | ) ) ) | **COLLECTIVE ACTION** |
| v. | ) ) | **CHIEF JUDGE TREADWELL** |
| **Government Employees Insurance Company d/b/a GEICO and GEICO General Insurance Company d/b/a GEICO,** | ) ) ) ) | **JURY TRIAL DEMANDED** |
| *Defendants.* | ) ) | |

**CONSENT TO BECOME PARTY PLAINTIFF**

I hereby consent, under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), to become a party plaintiff in the above-captioned FLSA lawsuit.  I designate the Named Plaintiff listed in the caption above to act as my representative and to make decisions concerning the litigation, the method and manner of conducting this litigation, and entering agreement(s) with Plaintiffs' counsel concerning attorneys' fees, costs, and all other matters pertaining to this lawsuit. I understand that I will be bound by the judgment of the Court as to all issues in this lawsuit, including the fairness of any settlement.

**I declare the foregoing is true and correct and certify that this is my signature below.**

Date: 06/15/2023

SIGNATURE

Asya Walton

NAME (Please Print Clearly)

## PLAINTIFF MUST COMPLETE CONTACT INFORMATION ON REVERSE SIDE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **AMALIA BENVENUTTI, On Behalf of Herself and All Others Similarly Situated,** | ) ) ) | **CASE NO. 5:22-cv-00182-MTT** |
| *Plaintiff,* | ) ) | **COLLECTIVE ACTION** |
| v. | ) ) | **CHIEF JUDGE TREADWELL** |
| **Government Employees Insurance Company d/b/a GEICO and GEICO General Insurance Company d/b/a GEICO,** | ) ) ) ) | **JURY TRIAL DEMANDED** |
| *Defendants.* | ) | |

## CONSENT TO BECOME PARTY PLAINTIFF

I hereby consent, under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), to become a party plaintiff in the above-captioned FLSA lawsuit. I designate the Named Plaintiff listed in the caption above to act as my representative and to make decisions concerning the litigation, the method and manner of conducting this litigation, and entering agreement(s) with Plaintiffs' counsel concerning attorneys' fees, costs, and all other matters pertaining to this lawsuit. I understand that I will be bound by the judgment of the Court as to all issues in this lawsuit, including the fairness of any settlement.

**I declare the foregoing is true and correct and certify that this is my signature below.**

Date: 06/14/2023

_____
SIGNATURE

Horatio J Williams
_____
NAME (Please Print Clearly)

## PLAINTIFF MUST COMPLETE CONTACT INFORMATION ON REVERSE SIDE

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| AMALIA BENVENUTTI, On Behalf of Herself and All Others Similarly Situated, )<br><br>*Plaintiff*, )<br><br>v. )<br><br>Government Employees Insurance Company d/b/a GEICO and GEICO General Insurance Company d/b/a GEICO, )<br><br>*Defendants*. ) | **CASE NO. 5:22-cv-00182-MTT**<br><br>**COLLECTIVE ACTION**<br><br>**CHIEF JUDGE TREADWELL**<br><br>**JURY TRIAL DEMANDED** |

## CONSENT TO BECOME PARTY PLAINTIFF

I hereby consent, under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), to become a party plaintiff in the above-captioned FLSA lawsuit.  I designate the Named Plaintiff listed in the caption above to act as my representative and to make decisions concerning the litigation, the method and manner of conducting this litigation, and entering agreement(s) with Plaintiffs' counsel concerning attorneys' fees, costs, and all other matters pertaining to this lawsuit. I understand that I will be bound by the judgment of the Court as to all issues in this lawsuit, including the fairness of any settlement.

**I declare the foregoing is true and correct and certify that this is my signature below.**

Date:  06/14/2023

_____
SIGNATURE

Keiwana Williams
_____
NAME (Please Print Clearly)

## PLAINTIFF MUST COMPLETE CONTACT INFORMATION ON REVERSE SIDE