**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **AMALIA BENVENUTTI, On Behalf of** | **)** | |
| **Herself and All Others Similarly Situated,** | **)** | **CASE NO. 5:22-cv-00182-MTT** |
| | **)** | |
| *Plaintiff*, | **)** | **COLLECTIVE ACTION** |
| | **)** | |
| **v.** | **)** | **CHIEF JUDGE TREADWELL** |
| | **)** | |
| **GOVERNMENT EMPLOYEES** | **)** | **JURY TRIAL DEMANDED** |
| **INSURANCE COMPANY D/B/A GEICO** | **)** | |
| **AND GEICO GENERAL INSURANCE** | **)** | |
| **COMPANY D/B/A GEICO,** | **)** | |
| | **)** | |
| *Defendants*. | **)** | |

## PLAINTIFF'S MOTION TO DISMISS OPT-IN PLAINTIFFS CHERALE WILLIS AND SANDY COLBERT WITHOUT PREJUDICE

Plaintiff respectfully request that Opt-In Plaintiff Cherale Willis and Opt-In Plaintiff Sandy Colbert be dismissed from this litigation, without prejudice, pursuant to Federal Rule of Civil Procedure 21. This action was certified as a collective action on April 26, 2023 (Doc. No. 39) on behalf of the following individuals:

> All current and former Service Representatives who worked for GEICO and were managed out of the GEICO Macon, Georgia call center at any time since March 1, 2020.

Defendants have taken the position that Ms. Willis and Ms. Colbert did not work as "Service Representatives" and therefore they were not included by Defendants on the list that includes those who meet this definition.[1] Therefore, instead of pursuing their claims in this action,

---

[1] Plaintiffs do not agree that Ms. Willis and Ms. Colbert do not meet this conditionally certified class definition. However, instead of litigating this issue in this action, Plaintiffs decided to pursue their claims in a separate action.

Ms. Willis and Ms. Colbert intend to pursue their claims in the following action: *Willis et al., v.*

*Government Employees Insurance Company d/b/a GEICO et al.*, Case No. 5:23-cv-00430-MTT).

A Memorandum in Support of this Motion is submitted herewith.

Date: December 13, 2023                    Respectfully submitted,

                                           */s/* David W. Garrison
                                           **DAVID W. GARRISON (TN Bar No. 24968)***
                                           **JOSHUA A. FRANK (TN Bar No. 33294)***
                                           **NICOLE A. CHANIN (TN Bar No. 40239)***
                                           BARRETT JOHNSTON MARTIN & GARRISON, PLLC
                                           200 31st Avenue North
                                           Nashville, TN 37203
                                           Telephone: (615) 244-2202
                                           Facsimile: (615) 252-3798
                                           dgarrison@barrettjohnston.com
                                           jfrank@barrettjohnston.com
                                           nchanin@barrettjohnston.com

                                           **NICHOLAS STANOJEVICH (No. 173544)**
                                           QUINN, CONNOR, WEAVER, DAVIES & ROUCO, LLP
                                           4100 Perimeter Park South
                                           Atlanta, GA 30341
                                           Telephone: (404) 299-1211
                                           nstanojevich@qcwdr.com

                                           **RICHARD ROUCO (ASB 6182 R76R)***
                                           QUINN, CONNOR, WEAVER, DAVIES & ROUCO, LLP
                                           2 - 20th Street North, Suite 930
                                           Birmingham, AL 35203
                                           Telephone: (205) 870-9989
                                           rrouco@qcwdr.com

                                           * Admitted *Pro Hac Vice*

                                           *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this *Plaintiff's Motion to Dismiss Opt-In Plaintiffs Cherale Willis and Sandy Colbert Without Prejudice* was filed electronically with the Clerk's office by using the CM/ECF system on December 13, 2023, and served upon Defendants' Counsel as indicated below:

**ALYSSA K. PETERS**
577 MULBERRY ST, STE 710
MACON, GA 31202
Telephone: 478-750-8600
Email: apeters@constangy.com

**ERIC HEMMENDINGER**
**EVAN L. CONDER**
**TERESA D. TEARE**
ONE SOUTH ST STE 1800
BALTIMORE, MD 21202
Telephone: 410-843-3457
Email: eh@shawe.com
Email: ec@shawe.com
Email: teare@shawe.com

*Attorneys for Defendants*

/s/ David W. Garrison
DAVID W. GARRISON
**BARRETT JOHNSTON**
   **MARTIN & GARRISON, PLLC**